# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151400 & (50)

KIMBERLY L. SIMS, Successor Personal
Representative of the ESTATE OF KAREN
A. MACASKILL,
            Plaintiff-Appellee/
            Cross-Appellant,

v

SC: 151400
COA: 319297
Macomb CC: 2013-001126-NO

THE KROGER COMPANY and KROGER
LIMITED PARTNERSHIP,
            Defendants,
and

THE KROGER COMPANY OF MICHIGAN,
            Defendant-Appellant/
            Cross-Appellee.
_____/

        On order of the Court, the application for leave to appeal the March 5, 2015 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered. The application for leave to appeal is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals. The application for leave to appeal as cross-appellant is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2015


Clerk

d1202